**Joseph HADJIAN, Plaintiff–Appellant,**

v.

**Larry G. MASSANARI,\* Acting Commissioner of Social Security, Defendant–Appellee.**

No. 99–56932.
D.C. No. CV–98–07009–CRM.

United States Court of Appeals,
Ninth Circuit.

Submitted on April 17, 2001.\*\*

Decided April 20, 2001.

Before PREGERSON, FERNANDEZ, and GRABER, Circuit Judges.

MEMORANDUM \*\*\*

We affirm the district court for the reasons set forth in the Report and Recommendation prepared by Magistrate Judge Virginia A. Phillips and adopted by United States District Court Judge Carlos Moreno.

AFFIRMED.

\* As of March 29, 2001, Larry G. Massanari was appointed Acting Commissioner for the Social Security Administration, and is therefore substituted for Kenneth S. Apfel as the named defendant in this action. Fed. R.App. P. 43(c)(2).

\*\* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.